# CASE ANNOUNCEMENTS

*March 2, 2011*

[Cite as *03/02/2011 Case Announcements*, 2011-Ohio-828.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–1966.   State ex rel. George v. Betleski.
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2010–2142.   [State ex rel.] Wolfe v. Hall.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2010–2152.   State ex rel. Davila v. Court of Appeals, Third Appellate Dist.
In Mandamus and Prohibition. Motion for leave to intervene granted. Motion to strike denied. On S.Ct.Prac.R. 10.5 determination and consideration of respondents' motion to dismiss and intervening respondents' motion for judgment on the pleadings, the motions to dismiss and for judgment on the pleadings are granted. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2010–2171.   State ex rel. Sanborn v. Bd. of Tax Appeals.
In Mandamus and Procedendo. Motion to dismiss granted. Motion for leave to amend denied. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2010–2243.   State ex rel. Billiter v. Cashier's Office.
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2010–2269.   [State ex rel.] Henderson v. Gallagher.
In Procedendo. On respondent's motion to dismiss and relator's motion for judgment. Motion to dismiss granted. Motions for judgment and default judgment denied. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

2011–0027.   [State ex rel.] Henderson v. Finnegan.
In Procedendo. On respondent's motion to dismiss and relator's motion for judgment. Motion to dismiss granted. Motions for judgment and default judgment denied. Motion to strike denied as moot. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2009–1873.   Hillman v. Edwards.
Franklin App. Nos. 08AP–1063 and 08AP–1064, 2009-Ohio-5087. Motions for relief from judgment, for finding pursuant to Civ.R. 52, and to proceed to judgment denied.